# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

ARTHUR BERRIMAN

V.

MCL ASSOCIATES, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04-10387MEL**

TO: (Name and address of Defendant)

MCL ASSOCIATES, INC.
739 WASHINGTON ST.
CANTON, MA.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES M. CARAMANICA, ESQ.

Law Office of John C. Carleen
Corporate Center North
1711 Broadway
Saugus MA 01906

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: FEB 26 2004

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.                                                                                      April 8, 2004

I hereby certify and return that on 4/6/2004 at 11:05 am I served a true and attested copy of the summons, complaint & civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Michael Carlutcei, clerk & agent, person in charge at the time of service for MCL Associates, Inc., at , 793 Washington Street, Canton, MA.Conveyance ($4.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($5.76) Total Charges $46.26

_____
                Deputy Sheriff

**Deputy Sheriff James Roche**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                    Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.