UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 04 CV 10387 MEL

ARTHUR BERRIMAN, )
    Plaintiff, )
)
)   F.R.P. 26(a)(1) and L.R. 26.2(A)
v. )   Disclosures of Plaintiff
)
MCL ASSOCIATES, INC., )
    Defendant. )
)

    Pursuant to the requirements of F.R.P. 26(a)(1) and L.R. 26.2(A), Plaintiff's initial discovery disclosure is as follows:

    A.    <u>Individuals Likely to Have Discoverable Information</u>

        a.    Arthur Berriman, 3 Hazelton Road, Barrington, RI.
        b.    Michael Carlucci, MCL Associates, Inc.
        c.    Laura Quinlan, 196 Chapel Street, Abington, MA 02351.
        d.    Scott Hefter, 10 Mayflower Road, Needham, MA 02492.
        e.    John Sganga, Consolidated Furniture, address to be supplemented.
        f.    Kathleen Carlucci, address to be supplemented.

    B.    <u>Identification of Documents in the Possession of the Plaintiff Relative to the Allegations Contained in Plaintiff's Complaint</u>

        a.    Simple Fee Agreement for Recovery of Funds with Consolidated Furniture Corp., dated August 2, 2002.

        b.    Limited Power of Attorney for Recovery of Funds, dated August 2, 2002.

        c.    MCL correspondence to Arthur Berriman dated January 10, 2003.

        d.    Memorandum from Arthur Berriman to Defendant dated January 31, 2001.

        e.    Correspondence from Goodman, Greenzang & Hurwitz to Arthur Berriman dated December 22, 2003.

[FILED IN CLERKS OFFICE 2004 JUN 21 P 2:30 U.S. DISTRICT COURT DISTRICT OF MASS.]

  f.  Facsimile from Arthur Berriman to John B. Spanga dated Decemebr 15, 2003.

  g.  Account printout statement dated December 4, 2002.

  h.  Memorandum from Arthur Berriman to Defendant dated July 26, 2001.

  i.  Correspondence from Arthur Berriman to Defendant dated December 12, 2003.

C.  <u>Damages</u>

Plaintiff computes his lost wages as approximately $75,104.15. This is based on commission due on the Consolidated Furniture contract of approximately $53,645.82 and the 10% bonus on the same, in the amount of $21,458.33.

Plaintiff identifies the documents supporting his damages as the contract with Consolidated Furniture. The aforementioned documents are available for inspection and copying.

D.  <u>Insurance Coverage</u>

  Not applicable.

           Arthur Berriman, Plaintiff
           By his attorneys,

           _____
           James M. Caramanica, BBO #565882
           Law Offices of John C. Carleen, P.C.
           Corporate Center North
           1711 Broadway
           Saugus, MA 01906
Dated: June 17, 2004     (781) 233-2299

### CERTIFICATE OF SERVICE

I, James M. Caramanica, certify that a true copy of the foregoing was served upon defendant's counsel, Rosemary Traini, Esq., Van Dam & Traini, LLP, 220 Boylston Street, Chestnut Hill, MA 02467 via first class mail on June 17, 2004.

                _____
                James M. Caramanica

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 04 CV 10387 MEL

ARTHUR BERRIMAN, )
    Plaintiff, )
 )
v. )
 )
MCL ASSOCIATES, INC., )
    Defendant. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

This certifies that plaintiff's counsel and the plaintiff have conferred with respect to:

(a)    a view to establishing a budge for the costs of conducting the full course – and varous alternative courses – of the litigation; and

(b)    considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

Counsel for Plaintiff

_____
James M. Caramanica, BBO #565882
Law Offices of John C. Carleen, P.C.
1711 Broadway
Saugus, MA 01906
(781) 233-2299

Dated: June 14, 2004

Plaintiff, Arthur Berriman

_____
Arthur Berriman

Dated: June 14, 2004