UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
CLERKS OFFICE
2004 JUN 25  A 11: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO.: 04 CV 10387 MEL

| | |
|---|---|
| ARTHUR BERRIMAN,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MCL ASSOCIATES, INC.,<br>Defendant. | )<br>)<br>) |

### JOINT SCHEDULING STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and in compliance with the Court's Order, Plaintiff Arthur Berriman and Defendant MCL Associates, Inc. (together, the 'Parties"), hereby submit their proposed Joint Scheduling Statement in the above-captioned action.

**A.    JOINDER OF PARTIES OR AMENDMENTS TO PLEADINGS**

The Parties propose that all motions seeking to amend the pleadings or add parties will be filed 120 days after the date of the scheduling conference.

**B.    JOINT DISCOVERY PLAN**

i.    **Automatic Disclosure**

The Parties have served their automatic disclosures upon each other, in compliance with Local Rule 26.2, prior to the Scheduling Conference.

ii.    **Depositions**

Pursuant to Local Rule 26.1(C), the Parties will be limited to ten (10) depositions for each side, not including expert depositions or third-party keeper of the records depositions. The

Parties agree to comply with the time limits imposed on depositions pursuant to the revision to Fed.R.Civ.P.30.

### iii.    Expert Depositions

In addition to the fact depositions, the Parties may also take expert depositions if necessary. Disclosure of expert witnesses shall be in accordance with the applicable rules. The Parties propose that the Plaintiffs will designate all experts, if any, that they intend to use thirty (30) days prior to the close of fact discovery and will disclose the expert(s) required by Fed.R.Civ.P.26(a)(2) at that time, and the Defendant will then have forty-five (45) days after Plaintiff's designation of any expert witness(es) to designate their respective expert witness(es) and provide their respective expert(s) reports as required by Fed.R.Civ.P.26(a)(2).

### iv.    Written Discovery

The Parties propose that the parties comply with the discovery and event limitations set forth in Local Rule 26.1(C). The Parties further propose that all written discovery be completed 6 months from the date of the scheduling conference.

### C.    PRE-TRIAL SCHEDULE

The Parties have agreed to the following pre-trial schedule:

i.    All fact discovery completed by December 30, 2004.

ii.   All expert discovery completed by February 28, 2005.

iii.  All non-dispositive and discovery motions to be filed by March 31, 2005.

iv.   All Fed.R.Civ.P. Rule 56 motions and/or other dispositive motions to be filed by April 30, 2005. This is subject to any pending decisions on any open non-dispositive or discovery motions.

    v.    A Pre-Trial Conference to be held thirty (30) days after a decision on any Rule 56 motion or as otherwise scheduled by the Court.

**D. MODIFICATION**

Pursuant to Local Rule 16.1(G), the provisions of this scheduling order can be modified by order of the judge, or the magistrate judge if so authorized by the judge, upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record.

**E. SETTLEMENT DEMAND**

Pursuant to Local Rule 16(c), Plaintiff served a written settlement proposal upon the Defendants' counsel on June 18, 2004.

**F. MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), the Parties do not unanimously agree to proceed before a Magistrate Judge on any matter in this action.

**G. CERTIFICATIONS**

The Parties' certifications will be filed separately.

Respectfully submitted,

| | |
|---|---|
| Arthur Berriman, Plaintiff, | MCL Associates, Inc., Defendant, |
| By his attorneys, | By its attorneys, |
| *(signature)* | *(signature)* |
| James M. Caramanica, BBO #565882 | Rosemary Traini, BBO #501570 |
| The Law Offices of John C. Carleen, P.C. | Van Dam & Traini, LLP |
| Corporate Center North | 220 Boylston Street |
| 1711 Broadway | Chestnut Hill, MA 02467 |
| Saugus, MA 01906 | (617) 969-2900 |
| (781) 233-2299 | |

Dated: June 21, 2004

4