UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR BERRIMAN., <br><br> Plaintiff <br><br> v. <br><br> MCL Associates, Inc. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04cv10387MEL <br> ) <br> ) <br> ) <br> ) |

DEFENDANT, MCL ASSOCIATES, INC.
DISCLOSURE
TO PLAINTIFF IN ACCORDANCE WITH LOCAL RULE 26.1(B)(2)

Now comes MCL Associates, Inc., by and through its president Michael Carlucci, and, being duly sworn, on oath, deposes and states as follows:

a.  All persons known to the defendant, as having knowledge of the claims and counterclaims in this action:

   1. Michael Carlucci
   2. Arthur Berriman
   3. John Sganga
   4. M. Saleem Muqqaddam
   5. Alan R. Goodman
   6. Jerry Pierce

   The information known by the above individuals is as set forth in the initial disclosures submitted by the defendant.

b.  No statements have been obtained.

c.  The identity of all government agencies or officials who have investigated the transactions or occurrence giving rise to the claim.

   None of which defendant is aware.

Signed under the pains and penalties of perjury this 23 day of June, 2004.

_____
Michael Carlucci