UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR BERRIMAN., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MCL Associates, Inc. ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 04CM10387MEL |

CERTIFICATION IN ACCORDANCE WITH
LOCAL RULE 16.1(D) (3)

The undersigned hereby certifies that counsel has discussed with the defendant the anticipated cost of the within litigation. Further, the defendant is willing to submit the matter to alternative dispute resolution.

Signed under the pains and penalties of perjury this 13 day of June, 2004.

_____
Rosemary Traini 501570
Van Dam & Traini, LLP
220 Boylston Street
Chestnut Hill, MA 02467
617-969-2900
617-964-4631

CERTIFICATE OF SERVICE
I certify that a true copy of the above was served upon the attorney of record by mail (by hand) (by expedited mail) 6/21/04
6/21/04  _____
         Attorney

_____
Michael Carlucci, President, MCL Associates, Inc.