COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS. | U.S. DISTRICT COURT DEPARTMENT<br>DOCKET NO.: 04-10387 MEL |

ARTHUR BERRIMAN,  )
        Plaintiff  )
v.  )
   )
MCL ASSOCIATES, INC.,  )
        Defendant  )
   )

<b><u>NOTICE OF CHANGE OF ADDRESS</u></b>

      Please note that effective September 30, 2004, counsel for Arthur Berriman shall have a new address of:

          92 Montvale Avenue, Suite 4170
          Stoneham, MA 02180
          (781) 438-4600

          _____
          James M. Caramanica, BBO 565882
          Law Offices of John C. Carleen, P.C.
          1711 Broadway
          Saugus, MA 01906
          (781) 233-2299

Dated:   September 20, 2004