UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

ARTHUR BERRIMAN,
Plaintiff

v.                                Civil Action No. 04cv10387MEL

MCL ASSOCIATES, INC.,
Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above entitled matter by and through counsel and respectfully stipulate to the dismissal of the within matter. Said dismissal shall be in accordance with the provisions of F.R. Civ. P., Rule 41. The dismissal shall be with prejudice and without costs. Each party hereby waives all rights of appeal.

Respectfully submitted,
Plaintiff
By his Attorney

James M. Caramanica 565882
Law Offices of John C. Carleen, PC
92 Montvale Avenue, Suite 4170
Stoneham, MA 02180
781-438-4600

Dated: January 19, 2005

Defendant
By its Attorney,

Rosemary Traini 501570
Van Dam & Traini, LLP
220 Boylston Street
Chestnut Hill, MA 02467
617-969-2900

7